**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | 8:20CR321 | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| TRAE MOSE, | ) | ORDER | |
| | ) | | |
| Defendant. | ) | | |

This matter is before the court on the defendant's Motion to Continue Trial [54]. Counsel needs additional time to prepare for trial and/or resolve the case. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [54] is granted, as follows:

1.  The jury trial now set for January 25, 2022, is continued to **March 1, 2022.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 1, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3.  **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: January 14, 2021

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**